RECEIVED
JUL 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| COASTAL COMMERCE BANK | CIVIL ACTION NO. 6:17-1011 |
| VERSUS | JUDGE UNASSIGNED |
| RAYMOND SCULLY, JR., EL. | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Carol B. Whitehurst for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. In so ruling we note that Coastal Commerce continuously argues, *inter alia*, that the fact of the alleged fraudulent transfer is sufficient to provide jurisdiction in this Court. It may be that Coastal Commerce's claims have merit. Yet this determination only concerns where this case must be heard. With all of that in mind, we reviewed, in particular, the actual act of transfer (Doc. No. 23-4). We were especially interested to see where the transfer was executed. Had it reflected that the transfer was done in Louisiana, it might have warranted additional consideration. We note, however, with great interest, that the acts through which

the Cheramies received the property were ostensibly signed in Texas before a Texas Notary and recorded on the same day in the records of Liberty County, Texas. The fact that both of the Scullys executed the deed in Texas is yet another consideration for there being a lack of *in personum* jurisdiction in Louisiana over the Cheramies for these transactions. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 12) filed by defendants Jared Cheramie and Joshua Cheramie (the "Cheramie defendants") is GRANTED, and the plaintiff's claims against the Cheramie defendants are DENIED AND DISMISSED WITHOUT PREJUDICE.

Signed at Alexandria, Louisiana, this 19th day of July, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT